**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7053**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EVERETTE LAGRAND BYRD,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-98-998-6)

———————

Submitted:  October 3, 2001          Decided:  October 23, 2001

———————

Before MOTZ, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Everette Lagrand Byrd, Appellant Pro Se.  Harold Watson Gowdy, III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Everette Lagrand Byrd seeks to appeal the district court's marginal order denying his motion to file a 28 U.S.C.A. § 2255 (West Supp. 2001) motion out of time. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. We find it apparent that Byrd filed his § 2255 motion beyond the one year limitations period and that he does not qualify for equitable tolling. See Harris v. Hutchinson, 209 F.3d 325, 328-31 (4th Cir. 2000) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2